UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MOHAMMED MUHIBUR RAHMAN,

                Plaintiff,

       -against-                              06 Civ. 6198 (LAK)

THE SMITH & WOLLENSKY RESTAURANT
GROUP, INC., et al.,

                Defendants.

------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED #: 9/17/09*

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Proposed *voir dire,* proposed special verdict forms, requests to charge, and *in limine* motions all shall be filed on or before October 14, 2009. Any responses to motions *in limine* and requests to charge shall be filed on or before October 28, 2009.

       SO ORDERED.

Dated:      September 16, 2009

                                            _____
                                               Lewis A. Kaplan
                                              United States District Judge